# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-01576-AT-JSA
## Cox v. Midland Funding, LLC et al
## Honorable Justin S Anand

Minute Sheet for proceedings held In Chambers on 08/14/2014.

|  |  |
|---|---|
| TIME COURT COMMENCED: 11:05 A.M. | |
| TIME COURT CONCLUDED: 12:03 P.M. | TAPE NUMBER: none |
| TIME IN COURT: 0:58 | DEPUTY CLERK: Cheryl Jenkins |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bedard representing Frederick J. Hanna & Associates, P.C.<br>Rachel Friedman representing Midland Funding, LLC<br>James Hurt representing Glenn Cox<br>Steven Koval representing Glenn Cox<br>Robert Springfield representing Midland Funding, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Non-final Pretrial Conference); |
| MINUTE TEXT: | The Court held a telephone conference to discuss issues raised by the parties in the Joint Preliminary Report. The Court GRANTED the Defendants' request to limit discovery to the issue of whether an arbitration agreement applies to Plaintiff's claims, through September 30, 2014. The Court ordered that Defendants may file a motion to compel arbitration, or other motion related to the arbitration issue by October 31, 2014. The Court further extended the time for Defendants to respond to the Plaintiff's Motions for Class Certification [15][25] until October 31, 2014. Plaintiff may file a response to the Defendants' motion, and a reply in support of the Motions for Class Certification by December 1, 2014, and Defendants may file a reply in support of their motion by December 8, 2014. Discovery related to all other matters is STAYED until the Court issues a final ruling on the Defendants' motion, or until such time as the Court orders. |
| HEARING STATUS: | Hearing Concluded |