IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN COX, Individually and as class representative for all others similarly situated, : : : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. 1:14-CV-1576-AT-JSA |
| MIDLAND FUNDING, LLC, and FREDERICK J. HANNA & ASSOCIATES, P.C., : : : : | |
| Defendants. : | |

# **O R D E R**

The above-captioned action is before the Court on the Plaintiff's Motion for Class Certification [15] and Plaintiff's Amended Motion for Class Certification [25]. In the Scheduling Order dated August 22, 2014, the undersigned extended the time for Defendants to respond to those motions through October 31, 2014, and ordered that Plaintiff may file a reply in support of the motions by December 1, 2014. The Court also ordered Defendants to file a motion to compel arbitration, or other motion related to the issue of whether an arbitration agreement applies to Plaintiff's claims, by October 31, 2014, and ordered that Plaintiff may file a response to the Defendants' motion by December 1, 2014, and Defendants may file a reply by December 8, 2014.

Counsel for the parties are hereby **ORDERED** to appear before the undersigned Magistrate Judge on **December 18, 2014** at **2:00 p.m.** in Courtroom 1875, 18th Floor, United States Courthouse, Richard B. Russell Federal Building, 75 Spring Street, S.W., Atlanta, Georgia for oral argument on Plaintiff's Motions for Class Certification [15][25]. In the event that Defendants file any motion regarding the issue of arbitration, counsel shall also be prepared to argue the issues presented in that motion.

**IT IS SO ORDERED** this 22nd day of August, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE