# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN COX, individually and as Class Representative for all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | CIVIL ACTION FILE NO. 1:14-CV-01576-LMM-JSA |
| MIDLAND FUNDING, LLC ) and FREDERICK J. HANNA & ) ASSOCIATES, P.C. ) ) | |
| Defendants. ) _____ ) | |

## **NOTICE OF REQUEST FOR FILING ORIGINAL DISCOVERY**

COMES NOW, Frederick J. Hanna & Associates, P.C., a Defendant in the above-captioned matter, which respectfully requests that Plaintiff file the following original discovery responses with the Court which are relied upon in the forthcoming Defendants' Motion to Compel Arbitration:

- Plaintiff's Responses to Defendant Frederick J. Hanna & Associates, P.C.'s First Request for Admission to Plaintiff; and

- Plaintiff's Objections and Responses to Midland Funding, LLC's Discovery Requests to Plaintiff

| | |
|---|---|
| This 2nd day of February, 2015. | Respectfully submitted, |
| | BEDARD LAW GROUP, PC |
| | /s/ Michael K. Chapman<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Michael K. Chapman<br>Georgia Bar No. 322145 |
| | *Counsel for Defendant,*<br>*Frederick J. Hanna & Associates,*<br>*P.C.* |

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN COX, individually and as Class Representative for all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION FILE NO. ) 1:14-CV-01576-LMM-JSA |
| MIDLAND FUNDING, LLC and FREDERICK J. HANNA & ASSOCIATES, P.C. | ) ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, I electronically filed this Notice of Request for Filing Original Discovery using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Steven H. Koval
shkoval@aol.com

David F. Addleton
dfaddleton@gmail.com

Robert F. Springfield
frpsring@burr.com

James W. Hurt, Jr.
jhurt@hurtstolz.com

Rachel R. Friedman
rfriedman@burr.com

This 2nd day of February, 2015.

          Respectfully submitted,

          BEDARD LAW GROUP, P.C.

          /s/ Michael K. Chapman
          Michael K. Chapman
          Georgia Bar No. 322145

          Counsel for Defendant,
          Frederick J. Hanna & Associates,
          P.C.