www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

Wish you could put your past due bill behind you? Many customers have resolved overdue amounts by using their tax refund money. It's simple and convenient. If you're not expecting a refund, we may have payment options available. Call today 1-866-532-9505! The sooner you call, the sooner we can help!

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| | | OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL. | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,227.79 | .00 | .00 | .00 | 30.81 | 39.00 | 1,297.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT OF NEW BALANCE MUST BE RECEIVED BY | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 02-02-09 | 28.99 % | 02-27-09 | .00 | 108.79 |

SCHEDULE OF FINANCE CHARGES

| | DAILY * PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASE | .07942 % | 28.99 % | .00 | 1,251.35 | 30.81 | 31 |
| CASH LINE | .07942 % | 28.99 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0053 GPG 1 7 1 090202 E D 9363 8006 CTP2 19916

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0019916 Page 1 of 2 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 02-02-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 1,297.60 | 108.79 |
| | PAYMENT DUE DATE |
| | 02-27-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!503620300993!

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0019916 ED 01 0 N 7 033091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!300621543943!

002 0007099634570600 0129760 0010879 0000000 0115

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

6057 0053 GPG 1 7 1 090202 E D 9363 6006 CTP2 19916

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

Did you know? There may be a quick and simple way to bring your account up to date by using your 2008 tax refund, and that's just one possibility. Even if you don't expect a refund, we have payment options that may meet your personal needs. Call 1-866-676-5208 today so we can work with you to find a solution.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 02-19 | P9194001J09A0R4R6 | PAYMENT - THANK YOU | | 30.00 CR |

OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL.

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,297.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,267.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT OF NEW BALANCE MUST BE RECEIVED BY | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 03-03-09 | N/A | 03-28-09 | .00 | 40.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASE | 0.000 % | 0.00 % | .00 | .00 | .00 | 29 |
| CASH LINE | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0070 GPG 1 7 1 090303 E D 9363 8006 CTP2 19321

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0019321 Page 1 of 2 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 03-03-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 1,267.60 | 40.00 |
| | PAYMENT DUE DATE |
| | 03-28-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!503620300993!

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0019321 ED 01 5 N 7 062091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!300621543943!

002 0007099634570600 0126760 0004000 0003000 0116

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

6057 0070 GPG 1 7 1 090303 E D 9363 8006 CTP2 19321

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0019321

CITCONSGPG

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

Spring is about fresh starts, and the good news is that you are not alone! Let us work with you-and together we can find a payment solution that may help bring your account current and avoid future late fees. Call us today at 1-866-676-5209 so we can help you make a fresh start this spring.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 03-05 | P9194002009A0R6EN | PAYMENT - THANK YOU | | 30.00 CR |

OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL.

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,267.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,237.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT OF NEW BALANCE MUST BE RECEIVED BY | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 04-02-09 | N/A | 04-27-09 | .00 | 32.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASE | 0.000 % | 0.00 % | .00 | .00 | .00 | 30 |
| CASH LINE | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0017 GPG 1 7 1 090402 E D 9363 8006 CTP2 18963

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0018963 Page 1 of 2 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 04-02-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 1,237.60 | 32.00 |
| | PAYMENT DUE DATE |
| | 04-27-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

|503620300993|

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0018963 ED 01 0 N 7 092091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

|300621543943|

002 0007099634570600 0123760 0003200 0003000 0110

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

6057 0017 GPG 1 7 1 090402 E D 9363 8006 CTP2 18963

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 04-06 | P9194003009A0R8MB | PAYMENT - THANK YOU | | 30.00 CR |
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,237.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,207.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT OF NEW BALANCE MUST BE RECEIVED BY | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 05-01-09 | N/A | 05-26-09 | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 29 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0013 GPG 1 7 1 090501 E 9363 8006 CTP2 7242

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0007242 Page 1 of 1 CITCONSGPG

CITGO

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 05-01-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 1,207.60 | 22.00 |
| | PAYMENT DUE DATE |
| | 05-26-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!5036203009931

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0007242 E 01 0 N 7 121091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!300621543943!

002 0007099634570600 0120760 0002200 0003000 0117

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 05-06 | P9194003Y09A0R5SP | PAYMENT - THANK YOU | | 30.00 CR |
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,207.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,177.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 06-02-09 | N/A | | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 32 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0026 GPG 1 7 1 090602 E 9363 8006 CTP2 7017

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0007017 Page 1 of 1 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 06-02-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 1,177.60 | 22.00 |
| | PAYMENT DUE DATE |
| | 06-27-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!503620300993!

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0007017 E 01 70 N 7 153093 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!300621543943!

002 0007099634570600 0117760 0002200 0003000 0113

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

**The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.**

**Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.**

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 06-05 | P9194004W09A0R99X | PAYMENT - THANK YOU | | 30.00 CR |
| | | **YOUR ACCOUNT IS CURRENTLY CLOSED.** | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,177.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,147.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 07-03-09 | N/A | | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 31 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0015 GPG 1 7 1 090703 E 9363 8006 CTP2 6655

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION** **PLEASE KEEP THIS PORTION FOR YOUR RECORDS**

0006655 Page 1 of 1 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 07-03-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **1,147.60** | **22.00** |
| | PAYMENT DUE DATE |
| | 07-28-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!503620300993!

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006655 E 01 0 N 7 184091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!300621543943!

002 0007099634570600 0114760 0002200 0003000 0110

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

**The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.**

**Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.**

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 07-06 | P9194005V09A0R9S7 | PAYMENT - THANK YOU | | 30.00 CR |
| | | **YOUR ACCOUNT IS CURRENTLY CLOSED.** | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,147.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,117.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 08-03-09 | N/A | | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 31 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0014 GPG 1 7 1 090803 E 9363 8006 CTP2 6531

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0006531 Page 1 of 1 CITCONSGPG

CITGO

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 08-03-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **1,117.60** | **22.00** |
| | PAYMENT DUE DATE |
| | 08-28-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!503620300993!

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006531 E 01 0 N 7 215091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!300621543943!

002 0007099634570600 0111760 0002200 0003000 0116

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 08-06 | P9194006S09A0TFL9 | PAYMENT - THANK YOU | | 30.00 CR |
| | | **YOUR ACCOUNT IS CURRENTLY CLOSED.** | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,117.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,087.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 09-01-09 | N/A | | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 29 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0015 GPG 1 7 1 090901 E 9363 8006 CTP2 6627

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0006627 Page 1 of 1 CITCONSGPG

CITGO

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 09-01-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **1,087.60** | **22.00** |
| | PAYMENT DUE DATE |
| | 09-29-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

!5036203009931

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006627 E 01 0 N 7 244091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

!3006215439431

002 0007099634570600 0108760 0002200 0003000 0112

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 09-04 | P9194007P09A0RAL6 | PAYMENT - THANK YOU | | 30.00 CR |
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,087.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,057.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|
| 10-02-09 | N/A | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 31 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0017 GPG 1 7 1 091002 E 9363 8006 CTP2 1273

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0001273 Page 1 of 1 CITCONSGPG

CITGO

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 10-02-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **1,057.60** | **22.00** |
| | PAYMENT DUE DATE |
| | 10-30-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

|503620300993|

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0001273 E 01 0 N 7 275091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

|300621543943|

002 0007099634570600 0105760 0002200 0003000 0118

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 10-06 | P9194008P09A0R5WX | PAYMENT - THANK YOU | | 30.00 CR |
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,057.60 | 30.00 CR | .00 | .00 | .00 | .00 | 1,027.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|
| 11-02-09 | N/A | .00 | 22.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 31 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 9009 GPG 1 7 1 091102 E 9363 8006 CTP2 6269

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

CITCONSGPG

0006269

Page 1 of 1

CITGO

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 11-02-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **1,027.60** | **22.00** |
| | PAYMENT DUE DATE |
| | 11-30-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006269 E 01 0 N 7 306091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0102760 0002200 0003000 0115

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 11-06 | P9194009N09A0R9PL | PAYMENT - THANK YOU | | 30.00 CR |
| 11-06 | F9194009X000ZD402 | PAYMENT REVERSAL | | 30.00 |

OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL.

YOUR ACCOUNT IS CURRENTLY CLOSED.

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,027.60 | 30.00 CR | 30.00 | .00 | .00 | .00 | 1,027.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|
| 12-02-09 | N/A | .00 | 44.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 30 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0015 GPG 1 7 1 091202 E D 9363 8006 CTP2 6141

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0006141 Page 1 of 1 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 12-02-09 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **1,027.60** | **44.00** |
| | PAYMENT DUE DATE |
| | 12-30-09 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006141 ED 01 0 N 7 336091 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0102760 0004400 0003000 0119

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 12-04 | P919400AJ09A0RB4P | PAYMENT - THANK YOU | | 30.00 CR |

OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL.

YOUR ACCOUNT IS CURRENTLY CLOSED.

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 1,027.60 | 30.00 CR | .00 | .00 | .00 | .00 | 997.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 01-04-10 | N/A | | .00 | 36.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 33 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0013 GPG 1 7 1 100104 E D 9363 8006 CTP2 6176

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0006176 Page 1 of 1 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 01-04-10 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 997.60 | 36.00 |
| | PAYMENT DUE DATE |
| | 02-01-10 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006176 ED 01 0 N 7 004101 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0099760 0003600 0003000 0113

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

## Payment Information

New Balance $967.60
Minimum Payment Due $28.00
Payment Due Date 03/01/2010

Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For examp le:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $968 |
| $27 | 3 years | $968 (Savings = $0) |

If you would like information about credit counseling services, call 1-877-337-8188.

**We've enhanced your billing statement with a new section titled Payment Information. See section above.**

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 997.60 | 30.00 CR | .00 | .00 | .00 | .00 | 967.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 02-01-10 | N/A | | .00 | 28.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 28 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0013 GPG 1 7 1 100201 E D 9363 8006 CTP2 7158

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0007158 Page 1 of 2 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 02-01-10 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **967.60** | **28.00** |
| | PAYMENT DUE DATE |
| | 03-01-10 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0007158 ED 01 0 N 7 032101 1 0001

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0096760 0002800 0003000 0116

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

You've likely heard about some changes impacting consumer credit cards as a result of the Credit CARD Act and other regulatory changes. For our valued customers, we believe it is important to understand these changes, most of which go into effect in February 2010. For details, visit www.newcreditcardlaws.citicards.com.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 01-06 | P919400QN09A0R6ML | PAYMENT - THANK YOU | | 30.00 CR |

OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL.

YOUR ACCOUNT IS CURRENTLY CLOSED.

*The cash advance limit is a portion of your credit line.

6057 0013 GPG 1 7 1 100201 E D 9363 8006 CTP2 7158

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0007158 Page 2 of 2 CITCONSGPG

**Did you know?**

There may be a quick (and simple) way to bring your account up to date.

**Your tax refund can help make it happen.**

Many customers have resolved overdue amounts by using their tax refund money. It's simple and convenient.

If you're not expecting a refund, we may have payment options available.

**Call today, and together, we'll come up with a solution that is right for you.**

**1-866-756-8402**

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

## Payment Information

New Balance $967.60
Minimum Payment Due $50.00
Payment Due Date 04/01/2010

Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $968 |
| $27 | 3 years | $968 (Savings = $0 ) |

If you would like information about credit counseling services, call 1-877-337-8188.

**The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.**

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 967.60 | .00 | .00 | .00 | .00 | .00 | 967.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|
| 03-05-10 | N/A | .00 | 50.00 |

SCHEDULE OF FINANCE CHARGES

| | MONTHLY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | 0.000 % | 0.00 % | .00 | .00 | .00 | 32 |
| CASH ADVANCES | 0.000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0018 GPG 1 7 1 100305 E D 9363 8006 CTP2 14599

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION** **PLEASE KEEP THIS PORTION FOR YOUR RECORDS**

0014599 Page 1 of 2 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 03-05-10 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| 967.60 | 50.00 |
| | PAYMENT DUE DATE |
| | 04-01-10 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0014599 ED 01 40 H 7 064101 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0096760 0005000 0000000 0116

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|

OVERSIGHT IN PUTTING YOUR PAYMENT IN THE MAIL? CALL 1-800-299-5765 TO PAY BY CHECK OVER THE PHONE 24 HOURS A DAY. HAVE YOUR CHECKBOOK READY WHEN YOU CALL.

YOUR ACCOUNT IS CURRENTLY CLOSED.

You've likely heard about some changes impacting consumer credit cards as a result of the Credit CARD Act and other regulatory changes. For our valued customers, we believe it is important to understand these changes, most of which go into effect in February 2010. For details, visit www.newcreditcardlaws.citicards.com.

*The cash advance limit is a portion of your credit line.

6057 0018 GPG 1 7 1 100305 E D 9363 8006 CTP2 14599

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

## Protect your credit rating!

Your account is at risk of being reported as **past due** to one or all three of the major credit reporting agencies. A negative incident on your credit report may damage your credit rating depending on your overall credit health. This may affect your ability to purchase things you need or get additional credit in the future. **We want to help you avoid this.**

We have a **number of solutions to help** you through the financial difficulty you may be experiencing, **but we must hear from you.**

**Call us today at 1-866-676-5209**

**We're available to you 7 days a week.**

Monday-Thursday **6:30 a.m.-11:00 p.m. CT.** • Friday **6:30 a.m.-9 p.m. CT**
Saturday and Sunday **8:00 a.m.-5:00 p.m. CT**

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

## Payment Information

New Balance $900.20
Minimum Payment Due $31.61
Payment Due Date 05/01/2010

Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.00.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $2,550 |
| $38 | 3 years | $1,358 (Savings = $1,192 ) |

If you would like information about credit counseling services, call 1-877-337-8187.

**The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.**

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 967.60 | 90.00 CR | .00 | .00 | 22.60 | .00 | 900.20 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|
| 04-04-10 | 28.99 % | .00 | 31.61 |

SCHEDULE OF FINANCE CHARGES

| | DAILY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | .07942 % | 28.99 % | .00 | 948.69 | 22.60 | 30 |
| CASH ADVANCES | .07942 % | 28.99 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0014 GPG 1 7 1 100404 E 9363 8006 CTP2 6980

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0006980 Page 1 of 2 CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 04-04-10 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **900.20** | **31.61** |
| | PAYMENT DUE DATE |
| | 05-01-10 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006980 E 01 0 N 7 094101 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0090020 0003161 0009000 0118

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

**Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.**

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 03-23 | P919400F209A0R43K | PAYMENT - THANK YOU | | 60.00 CR |
| 04-01 | P919400FB09A0R7YR | PAYMENT - THANK YOU | | 30.00 CR |
| | | **YOUR ACCOUNT IS CURRENTLY CLOSED.** | | |

**You've likely heard about some changes impacting consumer credit cards as a result of the Credit CARD Act and other regulatory changes. For our valued customers, we believe it is important to understand these changes, most of which went into effect in February 2010. For details, visit www.newcreditcardlaws.citicards.com.**

*The cash advance limit is a portion of your credit line.

6057 0014 GPG 1 7 1 100404 E 9363 8006 CTP2 6980

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION** **PLEASE KEEP THIS PORTION FOR YOUR RECORDS**

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

## Payment Information

| | |
|---|---|
| New Balance | $869.35 |
| Minimum Payment Due | $30.45 |
| Payment Due Date | 06/01/2010 |

Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.00.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $2,446 |
| $36 | 3 years | $1,311 (Savings = $1,135 ) |

If you would like information about credit counseling services, call 1-877-337-8187.

**The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.**

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 900.20 | 30.00 CR | .00 | .00 | .85 CR | .00 | 869.35 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|
| 05-05-10 | N/A | .00 | 30.45 |

SCHEDULE OF FINANCE CHARGES

| | DAILY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | .07942 % | 28.99 % | .00 | 883.28 | 21.75 | 31 |
| CASH ADVANCES | .07942 % | 28.99 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0013 GPG 1 7 1 100505 E 9363 8006 CTP2 6896

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0006896

Page 1 of 2

CITCONSGPG

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 05-05-10 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **869.35** | **30.45** |
| | PAYMENT DUE DATE |
| | 06-01-10 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0006896 E 01 0 N 7 125101 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0086935 0003045 0003000 0118

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

**Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.**

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 05-01 | P919400GA09A0RBYR | PAYMENT - THANK YOU | | 30.00 CR |
| 04-05 | F936300FG000DM096 | *INTEREST ADJUSTMENT* | | 22.60 CR |
| | | **YOUR ACCOUNT IS CURRENTLY CLOSED.** | | |

*The cash advance limit is a portion of your credit line.

9363 8006 CTP2 6896

6057 0013 GPG 1 7 1 100505 E

**PLEASE KEEP THIS PORTION FOR YOUR RECORDS**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

CITCONSGPG

0006896

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

## Payment Information

New Balance $817.60
Minimum Payment Due $30.00
Payment Due Date 07/01/2010

Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $818 |

If you would like information about credit counseling services, call 1-877-337-8187.

**The "ANNUAL PERCENTAGE RATE" includes all transaction and periodic finance charges imposed this billing period on all balances on which finance charges were imposed. If the "ANNUAL PERCENTAGE RATE" is N/A, no finance charges (after adjustments) were imposed this billing period.**

*The cash advance limit is a portion of your credit line.

| PREVIOUS BALANCE | PAYMENTS / CREDITS | PURCHASES / DEBITS | NEW CASH ADVANCES | FINANCE CHARGE | LATE FEE | NEW BALANCE |
|---|---|---|---|---|---|---|
| 869.35 | 30.00 CR | .00 | .00 | 21.75 CR | .00 | 817.60 |

| CLOSING DATE | ANNUAL PERCENTAGE RATE | | OVERLIMIT AMOUNT | MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 06-04-10 | N/A | | .00 | 30.00 |

SCHEDULE OF FINANCE CHARGES

| | DAILY PERIODIC RATE | CORRESPONDING APR | MINIMUM PERIODIC FINANCE CHARGE | BALANCE SUBJECT TO FINANCE CHARGE | PERIODIC RATE FINANCE CHARGE | DAYS IN LAST CYCLE |
|---|---|---|---|---|---|---|
| PURCHASES | .00000 % | 0.00 % | .00 | .00 | .00 | 30 |
| CASH ADVANCES | .00000 % | 0.00 % | | .00 | .00 | |

Please see Transaction Description for finance charge information on any promotional balances.

6057 0018 GPG 1 7 1 100604 E 9363 8006 CTP2 13268

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

0013268 Page 1 of 2 CITCONSGPG

CITGO

| ACCOUNT NUMBER | CLOSING DATE |
|---|---|
| 634-570-600 | 06-04-10 |
| NEW BALANCE | MINIMUM PAYMENT DUE |
| **817.60** | **30.00** |
| | PAYMENT DUE DATE |
| | 07-01-10 |

PLEASE INDICATE AMOUNT PAID

PROCESSING CENTER
DES MOINES, IA 50362-0300

PLEASE MAKE CHECK PAYABLE TO CITGO
KINDLY RETURN THIS STUB AND WRITE
YOUR ACCOUNT NUMBER ON THE PAYMENT

15

FOR ADDRESS CORRECTION, INDICATE BELOW

0013268 E 01 0 N 7 155101 1 CC01

GLENN M COX
2994 KODIAK CT
MARIETTA GA 30062-1543

002 0007099634570600 0081760 0003000 0003000 0114

www.citgo.accountonline.com

| ACCOUNT NUMBER | TOTAL CREDIT LINE | CASH ADVANCE LIMIT* |
|---|---|---|
| 634-570-600 | 1,375 | 25 |
| | TOTAL AVAILABLE CREDIT | CASH AVAILABLE |
| | 0 | 0 |

SEND INQUIRIES TO:
CITGO CREDIT CARD CENTER
P.O. BOX 689095
DES MOINES, IA 50368-9095
TELEPHONE: 1-800-756-2484
FAX: 1-515-226-4253

**Finance charges may be accruing on promotional balances and may be billed to your account under the terms of the promotional offer. Refer to the corresponding APR for the APR that applies to each balance.**

| TRANS DATE | REFERENCE NUMBER | TRANSACTION LOCATION / DESCRIPTION | INVOICE NUMBER | AMOUNT (CR=CREDIT) |
|---|---|---|---|---|
| 06-01 | P919400H809A0R7H1 | PAYMENT - THANK YOU | | 30.00 CR |
| 05-06 | F936300GE000DM126 | *INTEREST ADJUSTMENT* | | 21.75 CR |
| | | YOUR ACCOUNT IS CURRENTLY CLOSED. | | |

*The cash advance limit is a portion of your credit line.

6057 0018 GPG 1 7 1 100604 E 9363 8006 CTP2 13268

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION PLEASE KEEP THIS PORTION FOR YOUR RECORDS

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

CITGO

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

| Summary of Account Activity | |
|---|---|
| Previous Balance | $817.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $787.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/05/2010 |
| Next Statement Closing Date | 08/05/2010 |
| Days in Billing Cycle | 31 |

1800158600043280001
NNNN-NNNY-NNNN-NNNN

**Payment Information**

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $787.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | August 01, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $788 |

If you would like information about credit counseling services, call 1-877-337-8187.

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 07/01 | PAYMENT - THANK YOU | P919400J609A0R8W4 | | $ 30.00- |

**FEES**

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

**INTEREST CHARGED**

| | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

For free, 24 hour access to your CITGO credit card account, just log on! Registration is quick, easy and secure. Just visit www.citgo.accountonline.com to sign up today!

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION Page 1 of 4 This Account is issued by Citibank (South Dakota), N.A.

↑ Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records. ↑

CITGO

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | August 1, 2010 | $787.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 000709963457060 0078760 0003000 0003000 0110

KBAVCT1 2 7/5/10 4328 8

004328

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion, that balance is excluded, except for a deferred interest or 0% APR balance in a billing cycle in which the promotion expires before the payment due date, (the "excluded promotional balances") from the amount you must pay in full to get a grace period except for any separately required payment on that balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.00.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

Oil Consumer & Oil PL Hybrid 03/10

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Account: **** **** **** 0600

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $0.00 |

*INTEREST CHARGE CALCULATION* — Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

1800158600043280002
NNNN-NNNY-NNNN-NNNN

**Pay Your Bill Online...Anytime!**

**It's quick, convenient and safe.**

- Schedule your payments in advance.
- If your payment is received by 5 p.m. ET, it will be credited the same day!

**It's Fast & Secure**

1. Sign on or register at **www.citgo.accountonline.com**
2. Select "**Payments**" tab
3. Choose "**Make a Payment**"

Account: **** **** **** 0600

# Your monthly billing statement now gives you more information

1. Monthly account activity–payments, credits, fees and interest charges
2. Payment Information–your balance, minimum payment and payment due date
3. Payment estimator–provides an estimate of the time it will take to pay off your account balance when just making the minimum payment and how much to pay each month to pay off your balance in 36 months
4. Year-to-date summary of fees and interest

**For more details about these changes, please visit us on-line at the web address found on this statement.**



# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

1300161700655440001
NNNN-NNNN-NNNNY-NNNN-NNNN

| Summary of Account Activity | |
|---|---|
| Previous Balance | $787.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $757.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 08/05/2010 |
| Next Statement Closing Date | 09/03/2010 |
| Days in Billing Cycle | 31 |

**Payment Information**

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $757.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | September 01, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $758 |

If you would like information about credit counseling services, call 1-877-337-8187.

Do not forget! You can request additional CITGO Plus cards at no charge for family and household members. Simply call 1-800-756-2484.

NOTICE OF CLASS-ACTION SETTLEMENT. THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY.A settlement has been reached in a class action alleging that Citibank (South Dakota), N.A. increased periodic rates due to delinquency or default without prior notice. You may be a member of the settlement class. To obtain information regarding the settlement, please go to http://www.casenosacv06571.com

**TRANSACTIONS**

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 08/02 | PAYMENT - THANK YOU | P919400K609A0TJ6V | | $ 30.00- |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    Page 1 of 4    This Account is Issued by Citibank (South Dakota), N.A.

Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records.

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | September 1, 2010 | $757.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 0007099634570600 0075760 0003000 0003000 0116

006544

KBAVCT1 2 8/5/10 6544 8

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion, that balance is excluded, except for a deferred interest or 0% APR balance in a billing cycle in which the promotion expires before the payment due date, (the "excluded promotional balances") from the amount you must pay in full to get a grace period except for any separately required payment on that balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.00.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

Oil Consumer & Oil PL Hybrid 03/10

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid 03/10

Account: **** **** **** 0600

*TRANSACTIONS* (cont.)

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| *FEES* | | | | |
| | TOTAL FEES FOR THIS PERIOD | | | $ 0.00 |
| *INTEREST CHARGED* | | | | |
| | TOTAL INTEREST FOR THIS PERIOD | | | $ 0.00 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $0.00 |

*INTEREST CHARGE CALCULATION*

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

180016170065440002
NNNN-NNNY-NNNN-NNNN

Account: **** **** **** 0600

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

CITGO

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

1800164600631110001
NNNN-NNNY-NNNN-NNNN

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $757.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $727.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 09/03/2010 |
| Next Statement Closing Date | 10/05/2010 |
| Days in Billing Cycle | 29 |

## Payment Information

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $727.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | October 01, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $728 |

If you would like information about credit counseling services, call 1-877-337-8187.

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 09/01 | PAYMENT - THANK YOU | P919400L409A0R829 | | $ 30.00- |

**FEES**

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

**INTEREST CHARGED**

| | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    Page 1 of 4    This Account is issued by Citibank (South Dakota), N.A.

↑ Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records. ↑

CITGO

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | October 1, 2010 | $727.60 | $0.00 | $30.00 | $ |

**SAVE STAMPS, TIME... AND TREES!** Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 000709963457060 0072760 0003000 0003000 0113

KBAVCT1 2 9/3/10 6311 8

006311

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion, that balance is excluded, except for a deferred interest or 0% APR balance in a billing cycle in which the promotion expires before the payment due date, (the "excluded promotional balances") from the amount you must pay in full to get a grace period except for any separately required payment on that balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.00.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do If You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

Oil Consumer & Oil PL Hybrid 03/10

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid 03/10

Account: **** **** **** 0600

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $0.00 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

180016460063110002
NNNN-NNNY-NNNN-NNNN

Account: **** **** **** 0600

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $727.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| **Fees Charged** | **+$0.00** |
| **Interest Charged** | **+$0.00** |
| New Balance | $697.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 10/05/2010 |
| Next Statement Closing Date | 11/04/2010 |
| Days in Billing Cycle | 32 |

## Payment Information

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $697.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | November 01, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $698 |

If you would like information about credit counseling services, call 1-877-337-8187.

1800167800630100001
NNNN-NNNY-NNNN-NNNN

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 10/01 | PAYMENT - THANK YOU | P919400M209A0R9AV | | $ 30.00- |

**FEES**

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

**INTEREST CHARGED**

| | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

MANAGE YOUR ACCOUNT ONLINE... ANYTIME!

- Access current and past statements
- Pay your bill online 24/7 with same day posting*
- Set up email alerts
- View recent activity

Register now at citgo.accountonline.com

* If payment is received by 5pm ET.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION Page 1 of 4 This Account is issued by Citibank (South Dakota), N.A.

↑ Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records. ↑

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | November 1, 2010 | $697.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 000709634570600 0069760 0003000 0003000 0119

006301

KBAVCT1 2 10/5/10 6301 8

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.99.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do If You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid Rev. 10/10

Account: **** **** **** 0600

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $0.00 |

*INTEREST CHARGE CALCULATION*

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

18001678006301002
NNNN-NNNN-NNNY-NNNN-NNNN

Account: **** **** **** 0600



# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

| Summary of Account Activity | |
|---|---|
| Previous Balance | $697.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $667.60 |
| Past Due Amount | $0.00 |

| Payment Information | Mailed payments must be received by 5:00 PM at the address for payments by the payment due date. |
|---|---|
| New Balance | $667.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | December 01, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 23 months | $668 |

If you would like information about credit counseling services, call 1-877-337-8187.

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 11/04/2010 |
| Next Statement Closing Date | 12/05/2010 |
| Days in Billing Cycle | 30 |

18001708006089001
NNNN-NNNY-NNNN-NNNN

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 11/01 | PAYMENT - THANK YOU | P919400N109A0R7XG | | $ 30.00- |

## FEES

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

## INTEREST CHARGED

| | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

MANAGE YOUR ACCOUNT ONLINE...ANYTIME!

- Access current and past statements
- Pay your bill online 24/7 with same day posting*
- Set up email alerts
- View recent activity

Register now at citgo.accountonline.com

* If payment is received by 5pm ET.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION Page 1 of 4 This Account is Issued by Citibank (South Dakota), N.A.

Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records.

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | December 1, 2010 | $667.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 0007099634570600 0066760 0003000 0003000 0115

KBAVCT1 2 11/4/10 6089 8

689060

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.99.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do If You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid Rev. 10/10

Account: **** **** **** 0600

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $0.00 |

*INTEREST CHARGE CALCULATION*

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

18001708006089002
NNNN-NNNY-NNNN-NNNN

Account: **** **** **** 0600



# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401 SIOUX FALLS, SD 57117

CITGO

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $667.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $637.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 12/05/2010 |
| Next Statement Closing Date | 01/05/2011 |
| Days in Billing Cycle | 31 |

1800173900595600001
NNNN-NNNY-NNNN-NNNN

## Payment Information

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $637.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | January 01, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 months | $638 |

If you would like information about credit counseling services, call 1-877-337-8187.

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 12/01 | PAYMENT - THANK YOU | P919400NZ09A0R745 | | $ 30.00- |

## FEES

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

## INTEREST CHARGED

| | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

MANAGE YOUR ACCOUNT ONLINE... ANYTIME!

- Access current and past statements
- Pay your bill online 24/7 with same day posting*
- Set up email alerts
- View recent activity

Register now at citgo.accountonline.com

* If payment is received by 5pm ET.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION Page 1 of 4 This Account is issued by Citibank (South Dakota), N.A.

Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records.

**Make Checks Payable to:**
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | January 1, 2011 | $637.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 000709634570600 0063760 0003000 0003000 0112

KBAVCT1 2 12/5/10 5956 8

005956

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.99.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid Rev. 10/10

Account: **** **** **** 0600

| 2010 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $0.00 |

*INTEREST CHARGE CALCULATION* — Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

18001739005959560002
NNNN-NNNN-NNNY-NNNN-NNNN

# Pay Your Bill Online...Anytime!

## It's quick, convenient and safe.

- Schedule your payments in advance.
- If your payment is received by 5 p.m. ET, it will be credited the same day!

**It's Fast & Secure**

1. Sign on or register at **www.citgo.accountonline.com**
2. Select "**Payments**" tab
3. Choose "**Make a Payment**"

Account: **** **** **** 0600

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

CITGO

Customer Service: citgo.accountonline.com
Account Inquiries: 1-800-756-2484

Account Number: 634 570 600

1800140500588600001 NNNN-NNNN-NNNY-NNNN-NNNN

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $637.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $607.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 01/05/2011 |
| Next Statement Closing Date | 02/02/2011 |
| Days in Billing Cycle | 31 |

## Payment Information

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $607.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | February 01, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 months | $608 |

If you would like information about credit counseling services, call 1-877-337-8187.

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 01/03 | PAYMENT - THANK YOU | P9194000309A0R82G | | $ 30.00- |

### FEES

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

### INTEREST CHARGED

| | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |

MANAGE YOUR ACCOUNT ONLINE...ANYTIME!

- Access current and past statements
- Pay your bill online 24/7 with same day posting*
- Set up email alerts
- View recent activity

Register now at citgo.accountonline.com

* If payment is received by 5pm ET.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

This Account is issued by Citibank (South Dakota), N.A.

Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records.

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | February 1, 2011 | $607.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 0007099634570600 0060760 0003000 0003000 0118

005866

KBAVCT1 2 1/5/11 5866 8

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.99.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid Rev. 10/10

Account: **** **** **** 0600

| 2011 Totals Year-to-Date | |
| --- | --- |
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

*INTEREST CHARGE CALCULATION*

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

18001405005886002
NNNN-NNNY-NNNN-NNNN

Account: **** **** **** 0600

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

CITGO

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

1600143300564600001
NNNN-NNNY-NNNN-NNNN

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $607.60 |
| Payments | -$30.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $577.60 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 02/02/2011 |
| Next Statement Closing Date | 03/04/2011 |
| Days in Billing Cycle | 28 |

## Payment Information

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $577.60 |
| Minimum Payment Due | $30.00 |
| Payment Due Date | March 01, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 months | $578 |

If you would like information about credit counseling services, call 1-877-337-8187.

Do not forget! You can request additional CITGO Plus cards at no charge for family and household members. Simply call 1-800-756-2484.

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| 02/01 | PAYMENT - THANK YOU | P9194001009A0R6ZB | | $ 30.00- |

## FEES

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $ 0.00 |

MANAGE YOUR ACCOUNT ONLINE... ANYTIME!
- Access current and past statements
- Pay your bill online 24/7 with same day posting*
- Set up email alerts
- View recent activity

Register now at citgo.accountonline.com
* If payment is received by 5pm ET.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

This Account is issued by Citibank (South Dakota), N.A.

Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records.

CITGO

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | March 1, 2011 | $577.60 | $0.00 | $30.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 000709963457060 0057760 0003000 0003000 0114

KBAVCT1 2 2/2/11 5646 8

005646

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.99.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid Rev. 10/10

Account: **** **** **** 0600

*TRANSACTIONS* (cont.)

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| *INTEREST CHARGED* | | | | |
| | TOTAL INTEREST FOR THIS PERIOD | | | $ 0.00 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

*INTEREST CHARGE CALCULATION*

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

180014330056460002
NNNN-NNNY-NNNN-NNNN

Account: **** **** **** 0600

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
CITGO PLUS CARD
PO BOX 6401, SIOUX FALLS, SD 57117

CITGO

Customer Service:
citgo.accountonline.com
Account Inquiries:
1-800-756-2484

Account Number: 634 570 600

180014530056030001
NNNN-NNNY-NNNN-NNNN

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $577.60 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $577.60 |
| Past Due Amount | $30.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 03/04/2011 |
| Next Statement Closing Date | 04/04/2011 |
| Days in Billing Cycle | 30 |

## Payment Information

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

| | |
|---|---|
| New Balance | $577.60 |
| Minimum Payment Due | $60.00 |
| Payment Due Date | April 01, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $0 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 months | $578 |

If you would like information about credit counseling services, call 1-877-337-8188.

Oversight in putting your payment in the mail? Call 1-800-299-5765 to pay by check over the phone 24 hours a day. Have your checkbook ready when you call.

## TRANSACTIONS

| Trans Date | Description | Reference # | Invoice # | Amount |
|---|---|---|---|---|
| **FEES** | | | | |
| | TOTAL FEES FOR THIS PERIOD | | | $ 0.00 |
| **INTEREST CHARGED** | | | | |
| | TOTAL INTEREST FOR THIS PERIOD | | | $ 0.00 |

MANAGE YOUR ACCOUNT ONLINE... ANYTIME!
- Access current and past statements
- Pay your bill online 24/7 with same day posting*
- Set up email alerts
- View recent activity

Register now at citgo.accountonline.com

* If payment is received by 5pm ET.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

This Account is Issued by Citibank (South Dakota), N.A.

↑ Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records. ↑

CITGO

Make Checks Payable to:
CITGO PLUS CARD

| Your Account Number | Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| 634 570 600 | April 1, 2011 | $577.60 | $30.00 | $60.00 | $ |

SAVE STAMPS, TIME... AND TREES! Visit Account Online and register now for Online Bill Pay, Paperless Statements and More.

002 0007099634570600 0057760 0006000 0003000 0111

KBAVCT1 2 3/4/11 5603 8

005603

GLENN M COX
2994 KODIAK CT
MARIETTA, GA 30062-1543

CITGO PLUS CARD
PROCESSING CENTER
DES MOINES IA 50362-0300

Print address changes above in blue or black ink.

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest or 0% APR promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotional balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** For each balance, the letter following the Annual Percentage Rate in the Interest Charge Calculation section on the front of the statement indicates the method we use to calculate interest charges. For Methods D and M, we use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method that applies to your account and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Rates.** Variable APRs will vary with the market based on the Prime Rate.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than $2.99.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**If Your Account Is Subject To The Penalty APR, How Long Will The Penalty APR Apply?** The Penalty APR will apply until you make 12 consecutive minimum payments on time and do not go over your credit limit or make a payment that is returned or do any of these things on another account that you have with us during that time period. The Penalty APR may end sooner in accordance with your card agreement, or if required by applicable law.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on the front.

**What To Do If You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Billing Errors address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Errors address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Important Payment Instructions.**

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. If you wish to send a payment by express courier, you must call us for the correct address at the Account Inquiries number shown on the front.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $5 for each copy of a billing statement that dates back 3 months or more. We add the fee to the regular purchase balance. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**

- **Online Payments.** Visit the web address on the front and sign up for online payments. Enrollment may take a few days. If we receive your request to make an online payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an online payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first online payment.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.

Oil Consumer & Oil PL Hybrid Rev. 10/10

Account: **** **** **** 0600

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

*INTEREST CHARGE CALCULATION* — Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| Standard | 0.00% (D) | $0.00 | $0.00 |

18001463005603002
NNNN-NNNY-NNNN-NNNN

# Did you know?

## There may be a quick (and simple) way to bring your account up to date.

## Your tax refund can help make it happen.

Many customers have resolved overdue amounts by using their tax refund money. It's simple and convenient.

If you're not expecting a refund, we may have payment options available.

**Call today, and together, we'll come up with a solution that is right for you.**

**1-866-756-8402**

Account:  **** **** **** 0600